IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>VS.<br><br>**TILLMAN HUGHES,**<br>Probationer | NO. 5: 07-MJ-07-06 (CWH)<br><br>VIOLATION OF PROBATION<br>CASE NO. 3:06-CR-7 — S.D. GA |

**TO: UNITED STATES MARSHAL FOR THE MIDDLE DISTRICT OF GEORGIA**

# ORDER OF REMOVAL

A warrant having been issued in the **SOUTHERN DISTRICT OF GEORGIA** charging **TILLMAN HUGHES** with violation of the terms of his sentence of PROBATION entered in that district on March 9, 2007 by the Honorable Dudley H. Bowen, Jr., U. S. District Judge, and said probationer having been arrested in the MIDDLE DISTRICT OF GEORGIA; at an appearance this day before Claude W. Hicks, Jr., UNITED STATES MAGISTRATE JUDGE for the Middle District of Georgia, pursuant to provisions of Rule 32.1(a)(5) of the *Federal Rules of Criminal Procedure*, Mr. Hughes, represented by Mr. Doye E. Green, Jr. of the Macon Bar, was advised of the allegations contained in a PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION and of his legal and constitutional rights. He was provided with copies of pertinent documentation and admitted his identity.

The court finds that release of Mr. Hughes from the custody of the United States Marshal is not appropriate under the circumstances of this case due to his status as a probationer and the nature of the allegations made against him. Conditions of release, if appropriate, may be considered by the judicial officer presiding in the **SOUTHERN DISTRICT OF GEORGIA** upon his appearance in that district, the probationer having expressly reserved his right to both a Preliminary Hearing and a Detention Hearing in the **SOUTHERN DISTRICT OF GEORGIA**.

Accordingly, YOU ARE HEREBY COMMANDED to FORTHWITH remove the said **TILLMAN HUGHES** to the **SOUTHERN DISTRICT OF GEORGIA**, and there deliver him to the United States Marshal for that District or to such other officer authorized to receive him.

SO ORDERED, this 3rd day of JULY, 2007.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE

RETURN

_____District of_____

Received the within warrant of removal on the_____day of_____, 2007 and executed same.

_____
DEPUTY U. S. MARSHAL